UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Rhonda Williams,

                            Plaintiff,

       -against-                         **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al                   16-CV- 233

                            Defendants. --

-------------------------------------------------------------x

       I, Tyrin Torres, License # 2031267-DCA being duly sworn deposes and says:

1.      I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.      On January 20 2016, at approximately 1:34 P.M, I served the summons and complaint in this matter on The City of New York by delivering a copy of same to Mazyck, a person of suitable age and discretion at defendant's actual place of business within the state, at 100 Church Street, New York, NY.

3.      Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:
January 21,20156

_____
Tyrin Torres

Sworn to me on   21ᵗʰ   day
Of    January       2015


_____
NOTARY PUBLIC

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018