

ZACHARY W. CARTER
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

KATHERINE A. BYRNS
212-356-3549
Fax: 212-356-3509
kbyrns@law.nyc.gov

March 15, 2016

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley square
New York, New York 10007

Re: <u>Williams v. City of New York et al.</u>, 16 CV 233 (JPO)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. I write on behalf of defendant City to inform the Court that this Office is in receipt of a release pursuant to Criminal Procedure Law § 160.50 ("160.50 Release") signed by plaintiff Rhonda Williams.

By way of background, by letter dated March 7, 2016, the undersigned requested that the Court extend defendants' time to answer the Complaint, *nunc pro tunc*, until 60 days from the date plaintiff provides this Office with a signed 160.50 Release as per the schedule set forth in the Section 1983 Plan. <u>See</u> Letter by Katherine A. Byrns, filed March 7, 2016, Document No. 15. By Order dated March 7, 2016, the Court granted the undersigned's request. The Court further ordered that the undersigned file a letter on ECF stating when we have received the requested release. <u>See</u> Order by the Honorable J. Paul Oetken, dated March 7, 2016. Pursuant to Your Honor's Order, the undersigned writes to inform the Court that, on March 9, 2016, attorney for plaintiff Ryan Michael Lozar, Esq., provided the undersigned with an electronic copy of the signed 160.50 release; as of the date of this correspondence, the undersigned has also received a hard copy of the signed release via regular mail.

Defendant City thanks the Court for its attention to the herein matter.

Respectfully submitted,

/s/Katherine A. Byrns
Katherine A. Byrns
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **VIA ECF**
Ryan Michael Lozar, Esq.
*Attorney for Plaintiff*
305 Broadway, 9th Floor
New York, NY 10007