The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com



SEPTEMBER 9, 2016

To The Clerk of the Court
United States District Court for the Southern District of New York

Re:     Williams v. City of N.Y. et al., No. 16 Civ. 233 (JPO)

To The Honorable Clerk of the Court:

    I represent Plaintiff Rhonda Williams in the above-captioned Section 1983 police misconduct litigation.  As you know, this letter is an exhibit to the First Amended Complaint I filed on the docket. Plaintiff files the First Amended Complaint with Defendants' consent.

    As proof of that consent, I append to this letter a copy of Defense counsel's email stating that Defendants consent to its filing.

    It is my understanding from a previous conversation with a member of your staff that this is the proper way to file an amended complaint on consent (the pleading with the consent attached as an exhibit).  If I have misunderstood, I am happy to correct.

    Thank you for your time.

    Sincerely,

    *Ryan Lozar*

    Ryan Lozar
    Attorney for Plaintiff Rhonda Williams