Ryan Lozar, Esq.
The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor
New York, NY 10007
(310) 867-1562
ryanlozar@gmail.com

Rhonda Williams v. City, et. al., 16-CV-233 (JPO)

| Date | Type of Work | Hours | Rate | Total |
|---|---|---|---|---|
| | Filing Fee | | | $400.00 |
| | Process Server Fees | | | $100.00 |
| | PACER | | | $6.30 |
| | Client meeting and interview | 0.2 | $400 | $80.00 |
| | Client meeting and interview | 2 | $400 | $800.00 |
| 1/11/2016 | Drafting Complaint | 2.7 | $400 | $1,080.00 |
| 1/12/2016 | Filing complaint and preparing summonses | 0.2 | $125 | $25.00 |
| 1/13/2016 | Preparing/filing civil cover sheet | 0.1 | $125 | $12.50 |
| 2/15/2016 | Email with K. Byrns re 160.50 | 0.1 | $400 | $40.00 |
| 3/7/2016 | Email w K. Byrns re extension | 0.2 | $400 | $80.00 |
| 3/9/2016 | Meeting with Client | 0.2 | $400 | $80.00 |
| 3/14/2016 | Email w K. Byrns re status report to JPO | 0.1 | $400 | $40.00 |
| 5/9/2016 | Email w K. Bryns re answer extension | 0.1 | $400 | $40.00 |
| 5/13/2016 | Read Defendants' Answer to Complaint | 0.2 | $400 | $80.00 |
| 5/16/2016 | Review series of Court Orders | 0.1 | $400 | $40.00 |
| 5/26/2016 | Prepare and serve Client's Initial Disclosures | 0.8 | $400 | $320.00 |
| 5/27/2016 | Review Defendants' Initial Plan Discovery | 0.5 | $400 | $200.00 |
| 6/3/2016 | Additional summons matters arising from Plan Discovery | 0.1 | $125 | $12.50 |
| 6/8/2016 | Discuss mediation plan with K. Byrns and P. Esterman via email and telephone, and separately with Client | 0.2 | $400 | $80.00 |
| 6/20/2016 | Amending mediation plans with K. Byrns and P. Esterman via email and telephone, and separately with Client | 0.1 | $400 | $40.00 |
| 6/21/2016 | Review Defendants' First Supplemental Plan Discovery | 2.4 | $400 | $960.00 |
| 7/18/2016 | Email w K. Byrns re extension | 0.1 | $400 | $40.00 |
| 7/26/2016 | Email w K. Byrns re demand as per Plan requirements, telephone call separately with Client | 0.3 | $400 | $120.00 |
| 7/27/2016 | Prepare and serve Client's ex parte settlement statement, and begin to prepare for mediation | 0.9 | $400 | $360.00 |
| 8/1/2016 | Prepare for mediation | 3.1 | $400 | $1,240.00 |
| 8/2/2016 | Meet with client prior to mediation | 1 | $400 | $400.00 |
| 8/2/2016 | Attend mediation | 3 | $400 | $1,200.00 |
| 8/3/2016 | Communication with K. Byrns after the mediation regarding next steps, drafting letter to JPO | 0.3 | $400 | $120.00 |
| 8/19/2016 | Communication with K. Byrns and P. Esterman regarding when/whether for follow up call to continue mediation | 0.2 | $400 | $80.00 |
| 8/22/2016 | Drafting Plaintiff's DRI's | 2.3 | $400 | $920.00 |
| 8/30/2016 | Communication with K. Byrns re: the Parties' FRCP 26(f) Plan, and drafting and sharing same | 0.3 | $400 | $120.00 |
| 8/31/2016 | Preparing for Initial Conference, reading case law re steering, etc. | 1.1 | $400 | $440.00 |
| 9/1/2016 | Attend initial conference | 0.3 | $400 | $120.00 |
| 9/4/2016 | Drafting First Amended Complaint | 1.1 | $400 | $440.00 |
| 9/5/2016 | Communication with K. Byrns re: consent to FAC | 0.1 | $400 | $40.00 |
| 9/6/2016 | Prepare Supplemental Disclosures | 0.5 | $400 | $200.00 |
| 9/8/2016 | Communication with K. Byrns and P. Esterman regarding when/whether mediation followup | 0.1 | $400 | $40.00 |
| 9/16/2016 | Review FRCP 68 officer with Client | 0 | $0 | $0.00 |
| | Total for Underlying Case | 25 | | $10,396.30 |