UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
RHONDA WILLIAMS,

        Plaintiff,

   -against-

CITY OF NEW YORK, Police Detective
RICARDO BOCACHICA, Shield No. 000919,
Police Detective JOSH KAVANEY, Shield No.
370, Police Detective ANTHONY DISIMONE,
Shield No. 340, Police Sergeant PATRICIO
OVANDO, Police Officer UCO, Shield # 218,
Police Detective VERDEJO (f/n/u), Police
Officers JOHN/JANE DOES 1-5, individually,

        Defendants.
------------------------------------------------------------------ x

**NOTICE OF MOTION**

No. 16 Civ. 233 (JPO)

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 68 and 42 U.S.C. § 1988, and otherwise to enforce the Parties' FRCP 68 settlement, Plaintiff Rhonda Williams hereby moves for "reasonable attorneys' fees, expenses and costs" incurred in her litigation of this action (and now her litigation of this fees motion). Plaintiff respectfully requests that the Court set oral argument for this motion at a date and time that suits its schedule and a schedule for Defendants' response in opposition to this motion and Plaintiff's reply.

DATED:  October 31, 2016
      New York, New York

/s/ Ryan Lozar
_____
Ryan Lozar
305 Broadway, 10th Floor
New York, New York 10007
(310) 867-1562

To: ACC Katherine Byrns, Esq. (by hand and ECF)
    Office of Corporation Counsel
    100 Church Street
    New York, NY 10007