

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KATHERINE A. BYRNS<br>Assistant Corporation Counsel<br>phone: (212) 356-3549<br>fax: (212) 356-3509<br>email: kbyrns@law.nyc.gov |
|---|---|---|

November 13, 2016

BY ECF
Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Williams v. City of New York, et al., 16 CV 233 (JPO)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced case. I write to respectfully request an enlargement of time of fourteen days, from November 15, 2016 to November 29, 2016, for defendants to submit their opposition to plaintiff's motion for attorney fees. This is the first request for such an extension, and is made with the consent of attorney for plaintiff, Ryan M. Lozar, Esq. The reason for this request is that due to several other upcoming briefing deadlines over the course of the next two weeks, defendants need additional time to allow for a more fully briefed opposition and to allow for supervisory review.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s/Katherine A. Byrns
Katherine A. Byrns
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **BY ECF**
Ryan M. Lozar, Esq.
*Attorney for Plaintiff*
305 Broadway, 9th Floor
New York, New York 10007