

| | **The City of New York** | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | KATHERINE A. BYRNS<br>212-356-3549<br>Fax: 212-356-3509<br>kbyrns@law.nyc.gov |

November 28, 2016

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Williams v. City of New York et al.</u>, 16 CV 233 (JPO)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney for defendants in the above-referenced matter.  I write to respectfully request a brief extension of time of two days, from November 29, 2016 to December 1, 2016, for defendants to submit their opposition to plaintiff's motion for attorney's fees. Due to a significant illness beginning on November 24, 2016, the undersigned has been unable to finalize defendants' opposition papers as planned. This is defendants' second request for an extension of time to oppose plaintiff's motion. Defendants' first request was granted. Attorney for plaintiff, Ryan Lozar, Esq., consents to this request.[1]

      Defendants thank the Court for its consideration of the herein request.

      Respectfully submitted,

      /s/Katherine A. Byrns
      Katherine A. Byrns
      Assistant Corporation Counsel
      Special Federal Litigation Division

---

[1] The undersigned apologizes that this request is not made at least 48 hours before the scheduled deadline as required by Your Honor's Individual Rules of Practice. Unfortunately, the undersigned was incorrectly optimistic in her belief that her illness would have subsided by this point and that an extension request would not have been needed.

- 2 -

cc: **<u>VIA ECF</u>**
Ryan Michael Lozar, Esq.
*Attorney for Plaintiff*
305 Broadway, 9th Floor
New York, NY 10007